IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAUL WHITE,

    Petitioner,

v.                                             CASE NO. 1:07-cv-00017-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Notice of Voluntary Dismissal, by Paul White.

Having carefully considered the matter, the Court finds that the motion is well taken, and it is

**GRANTED**.  This cause is therefore **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this *15th* day of March, 2007.

                                      *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**